# ALABAMA COURT OF CRIMINAL APPEALS



April 25, 2025

**CR-2024-0360**
Leo Jackson, Jr. v. State of Alabama (Appeal from Houston Circuit Court: CC-98-1544.65)

# <u>NOTICE</u>

You are hereby notified that on April 25, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk